UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 108.225.57.79,<br><br>                              Defendant. | Case No.: 20cv2322-LAB-NLS<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL**<br>**[Dkt. 6]** |

Plaintiff Strike 3 Holdings, LLC filed a notice of voluntary dismissal without prejudice. Dkt. 6. Because Defendant has not filed an answer or motion for summary judgment, unilateral dismissal is permitted. FRCP 41(a)(1)(A)(i). Strike 3's voluntary dismissal is **GRANTED** and the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  March 19, 2021

_Larry A. Burns_
Hon. Larry Alan Burns
United States District Judge